UNITED STATES OF AMERICA FEDERAL COURT SYSTEM

March 16, 2019

Plaintiff:

HONORABLE MICHAEL ARROYO

6 Jr's Lane

Franklin, Massachusetts 02038

F I L E D
Clerk's Office
USDC, Mass.
Date 3-20-19
By FC,
Deputy Clerk

Vs.

Boston Logan International Airport

Spirit Airlines

1 Harborside Drive

Boston, Massachusetts 02128

This is a criminal complaint on poor disrespectful criminal treatment that I received as a respectable human on the property of Boston Logan International Airport and also on the commercial airplane flight property of Spirit Airlines. Truth of matter is that security was breached and criminally disrespected by the TSA security on site of the Boston Logan airport

1

building. Employees of the airport were silently criminally disrespectful to my human in the Logan International Airport building and also on the plane as I traveled to Orlando, Florida International airport, from Boston, Massachusetts.

Attached is a 125% factual criminal complaint on the non appropriate management of the airports having the bold disrespectful nerve for the above security breach to pass through the airports from Boston, Massachusetts to Florida and back to New England. The crime that I put up with on the airport and commercial airplane property was absolutely non realistic and non appropriate for any human in this world ever to have to put up with.

With what I had recognized, with the disrespectful hateful behavior that I put up with there should have been a Aviation law enforcement officer on and off of each flight, with handcuffs in custody working as a monitor of each flight, making sure that any passengers that had the bold nerve to criminally disturb any of the other passengers silently or out loud were immediately legally arrested on site, on or off of the airplane. Read the attached complaints and documents for a full description of what had taken place on the airport property.

Immediate legal compensation and all other respectable actions are immediately expected to be given to my human from the above responsible airport authority commercial companys named as defendants in this docket.

THE ABOVE MESSAGE IS THE TRUTH AND NOTHING BUT THE TRUTH. THE DEFENDANTS LISTED SHALL BE CALLED IN TO THE FEDERAL COURT BY COURT SUMMONS TO IMMEDIATELY RECOGNIZE THAT THEY NEED TO PAY MY RESPECTABLE HUMAN IMMEDIATE LEGAL COMPENSATION FOR THE NONSENSE THAT I WAS PUT THROUGH ON THEIR COMMERCIAL PROPERTY.

LEGAL DEMAND:

The above listed defendants are here by demanded to immediately pay my respectable human the full amount of $1,100,000.00 for the non appropriate human treatment that I was put through on the above listed defendants commercial airline property. No human on this earth shall ever again be treated in such a disrespectful non appropriate way on the above listed defendants commercial property, for any reason what so ever. Shall this 125% truthful complaint serve as a legal reminder and violation of the importance of making sure that the airport management is up to date and appropriate with all of the employees employed by the airport commercial property, making sure that no types of disrespectful criminal behavior towards any humans on the commercial property is allowed, for any reason what so ever.

The above criminal complaint was written by my respectable human on this day of Saturday, the 16th day of March 2019.

Respectably Submitted,

HONORABLE MICHAEL ARROYO

x ⟨signature⟩ March 16, 2019

March 15, 2019

To: Orlando, Florida Airport and

Boston Logan International Airport

From: HONORABLE MICHAEL ARROYO

CRIMINAL COMPLAINT: Attached is a criminal complaint in which criminal charges need to be pressed on specific named employees of the Orlando, Florida Airport. Legal compensation is obviously more then immediately expected due to the criminal troubles that I was put through in the airports.

My name is HONORABLE MICHAEL ARROYO. This is the 15th day of March 2019. I was put through alot of illegal harrassment and poor disrespectful human treatment in the above named airports. I was put through very serious amounts of illegal criminal assault in The State Of Florida due to the neglect and lack of appropriate respectable caring management of the buildings.

I was put through disrespectful hate crimes and terrorism in The State Of Florida, Orlando and Kissimee, Florida due to the above criminal neglectful behavior that was conducted by the employees of the airports. I put up with pessimist, rapist and treasonist in both buildings and property of the above named airports. I notified TSA security in Orlando, Florida that I did not approve of the behavior presented by strange non identified humans in Orlando, Florida.

These humans on the property of the airport building, were behaved as disrespectful non appropriate and hateful towards my human. Now, there is absolutely legal consequences for allowing that type of criminal behavior

1

on the property of commercial business airport property. The Orlando, Florida and other named commercial business propertys will be legally demanded by a lawyer or the court of law to immediately provide my human respectable compensation funding for the criminal nonsense that I put up with on the property of the airport commercial businesses.

With the above situation I recognized illegal disrespectful behavior and promotion of future terrorist events. It is most appropriate that Aviation law enforcement of the airport and that stand guard on each flight, is immediately notified of the above disrespectful criminal behavior, which is a breach of legal security.

Boston Logan International airport: Boston Logan International airport. I was on the property of Boston Logan International airport, getting ready to take off on my flight to Orlando, Florida as a respectable human. I was attacked in the building by the non identified disrespectful criminals, terrorist and rapist from the local Armorys in Boston, Massachusetts.

These criminals were harrassing and criminally assaulting my respectable private healthy human with Armory service weapons criminal assault electricity. TSA security, noticed that I was being criminally assaulted and raped by non identified terrorist and rapist from a non identified local Armory, of Boston, Massachusetts.

TSA did a terrible criminal job, clearing my respectable healthy human from the criminal assaut and aggressive rape beams as I was being cleared through security. Truth of matter is that going back and viewing the entire video of the cameras from the airport, you will witness TSA Security, pushing me under a electric rape line being criminally transmitted from dangerous criminal from a local near by criminally disrespectful Armory,

2

near by the Logan International Airport building.

The TSA employees that were involved with the criminal rape and indecent disrespectful invisible criminal actions on cameras of the airport on March 12, 2019 can be immediately legally arrested for their lack of legal security in which they are employed to provide appropriate respectable services towards any type of victim of plain sight or the public. Not only a lack of legal security but they can also be immediately arrested on rape and charges related to indecent criminal assault and homicide.

How dare any type of security employment worker rape my human with the above disrespectful criminal nonsense.

Truth of matter is that criminal charges should have been immediately filed on TSA security of the Boston Logan International Building Airport. Also criminal charges should have been immediately filed on TSA security of the Boston Logan International Airport for pushing me through a electric criminal assault rape line while clearing my person through the TSA airport security section of clearance of the airport.

Also criminal charges and a small legal arrest of behavioral corrections should have been immediately filed on the airport employee that printed and handed me my private personal airport ticket heading from Boston, Massachusetts to Orlando, Florida on the date of March 12, 2019. at Spirit Airlines of Boston Logan International Airport. Truth is, you simply can not allow any of the airport employees to criminally misbehave and criminally disturb another human, with out immediate legal behavioral corrections, of their actions. Meaning either being immediately legally arrested or simply just loss of employment.

A near by law enforcement officer with personal possession of handcuffs should have immediately arrested, the assistant that printed my ticket and pushed me through a criminal rape line as she handed me my ticket. No questions about it.

Simple legal arrest and behavioral corrections should have been immediately made in the favor of my self as a respectable healthy adult human and also the favors of the owners of the above listed airport buildings. This is for prevention of rape and other homicide related crimes that I was put through on the property of the airports in Boston, Massachusetts and also on the property of the airport in Orlando, Florida due to the absolute disrespectful invisible criminal behavior that started at Logan International Airport.

SPIRIT AIRLINES COMMERCIAL FLIGHT: I was boarded as a passenger on to the Spirit Airline flight on March 12. 2019 at about 7: 45P.M. As I was waited to be boarded on to the flight in the Logan International Airport located in Boston, Massachusetts I was criminally paraded by criminal disrespectful public humans. Actually illegally entrapping and pushing me through a dangerous disrespectful criminals electric rape line while waiting in the airport. This is the invisible line of a disrespectful rapist from a local government department Armory near by the airport. I want the Aviation Law Enforcement, Judges in this case to review the entire camera footage of the above situation that took place in Boston International Logan Airport on March 12, 2019.

I was criminally paraded and invisibly pushed by rapist, terrorist, pessimist and treasonist of the public due to the 125% careless disrespectful criminal fault of TSA agents on site of the airport of the above listed date.

Also on the commercial flight to Orlando, Florida once again I was criminally raped by very disrespectful criminals of the Armorys while being a passenger sat down in seat 1A of the airplane. These criminals were just shooting dangerous disrespectful amounts of electricity at my human while being sat down as a respectable passenger of the commercial airplane. The flight attendants and Pilot that were assisting that commercial plane that day, can be immediately legally arrested and have their commercial Pilot

licenses immediately taken away by Federal law enforcement, for all respectable reasons. This is for legal charges of criminal assault related very close to homicide related charges towards a passenger while conducting commercial airport business for the Spirit Airlines on the flight to Orlando, Florida on the date of March 12, 2019 from times 08:38 P.M. to 12:00 A.M.

An appropriate respectable worthy air port management would have had state or Federal law enforcement waiting at Orlando, Florida airport to provide immediate legal behavioral corrections to the above criminally misbehaved disrespectful airline staff towards one of their traveling customers. That is the appropriate legal workings of an airport.

### ORLANDO, FLORIDA INTERNATIONAL AIRPORT

The situation with Orlando, Florida international airport is that I was criminally assaulted on the property of the airport due to the criminal fault of the above situation. I was greeted by absolutely disrespectful hooligans from the local near by Armorys of Orlando, Florida. These are disrespectful pigs with the Armory weapons shooting invisible rape lines at my human on the property of the Orlando International Airport buildings.

These non idnetified hooligans and rapist followed and raped my respectable human through the property of the airport building to the car rental company that I rented a personal vehicle from. These local non identified rapist and hooligans were just shooting invible lines of a rapist electricity all through the NextCar vehicle rental company walls at my respectable healthy human. Their actions were absolutely out of this world not appropriate illegal disrespectful and if these criminals of the Armorys are identified and arrested for the above crimes they can be immediately held in Federal or state prison for a very long time.

The homicidal crimes of disrespectful rapist that they were criminal assistance to, on the property of the above listed airports are more then

5

criminally disrespectful and serious. Immediate arrest and behaviral corrections need to be made.

I stayed at a hotel in Kissimee, Florida. Local hooligans and disrespectful criminals from the local Armorys just criminally assaulting my respectable human on the property of the EconoLodge Inn Hotel, in Kissimmee, Florida due to the absolute disrespectful carelesss criminal negligence of the employees of the above listed airports.

I was up set and I was not at all satisfied with the criminal disrespectful nonsense that I was put through traveling to Orlando, Florida due to the disrespectful criminal negligence of the above listed airports. I was put through alot of overly disrespectful criminal nonsense in Florida due to the criminal negligence of the above listed airports.

The next day I ended up purchasing another ticket for flight to TF Green, Rhode Island Airport. This ticket was through FRONTIER AIRLINES COMPANY, heading out from Orlando, Florida to TF Green Airport in Rhode Island. This ticket was scheduled to leave March 15, 2019 at 12:00 P.M. in the afternoon.

ORLANDO INTERNATIONAL AIRPORT: March 15, 2019 I arrived at the airport by shuttle from the car rental company. Once again I am to mention that I was overly criminally assaulted by local hooligans and disrespectful criminals from the local Armorys and disrespectful motorist of the public roads and highways of Florida due to the disrespectful criminal negligence of the above listed airports. I had non talented disrespectful, hateful inconsiderate local pessimist, treasonsist and rapist criminally violate my human in The State Of Florida, in the local areas of Orlando and Kissimee, Florida due to the absolute out of control criminal negligence of the above listed airports. I had danegrous disrespectful illiterate non educated criminals from the local Armorys shooting invisible rape criminal asault

lines at my respectable human in the local areas of Orlando and Kissimee, Florida. This was allowed to criminally assaut my human due to the non appropriate actions of the management of the airports.

On Friday, March 15, 2019 I arrived at the Orlando international Airport at about 10 A.M. I got my airline ticket printed from a confirmation machine on the property of Orlando, Florida airport. I walked through the TSA security clearance. Once again, disrespectful careless TSA agents that were on site just pushed me through a criminals electric rape line of indecent criminal assault.

1. THIS IS DISRESPECTFUL POOR TREATMENT TOWARDS MY RESPECTABLE HUMAN.

2. A TSA AGENT IS TO BE IMMEDIATELY LEGALLY FIRED FROM TSA EMPLOYMENT IF IN GUILT OF RAPING MY HUMAN, FOR AN REASON WHAT SO EVER.

3. I RECOGNIZED ABSOLUTELY DISRESPECTFUL HUMAN TREATMENT TOWARDS MY RESPECTABLE HUMAN, CONDUCTED BY THE MANAGEMENT OF THE ORLANDO, FLORIDA AIRPORT AND TSA SECURITY SUPERVISORS THAT TOOK PLACE ON THE PROPERTY OF THE ORLANDO INTERNATIONAL AIRPORT ON THE DATE OF MARCH 15, 2019.

4. THIS CAN BE CATEGORIZED AS, THE TSA SECURITY AND MANAGEMENT OF THE BUILDING ALLOWING THE DISRESPECTFUL PUBLIC TO CRIMINALLY ASSAULT, HIT AND INVISIBLY SMACK A HUMAN AS HE IS WALKING THROUGH THE PROPERTY OF THE AIRPORT.

5. THIS IS LIKE THE MANAGEMENT AND ON SITE SECURITY OF THE AIRPORT ALLOWING THE DISRESPECTFUL DIRTY PUBLIC OF PESSIMIST AND TREASONIST TO HIT AND CRIMINALLY ASSAULT DONALD TRUMP AS HE IS WALKING THROUGH THE AIRPORT BUILDING.

6. THEIR CRIMINAL NEGLIGENCE AND ACTIONS WERE OUT OF THIS WORLD ILLEGAL AND CRIMINALLY DISRESPECTFUL.

7. EVERY SINGLE BIT OF IT IS ON AIRPORT CAMERA AT THE ABOVE LOGAN INTERATIONAL AIRPORT AND OF COURSE THE MOST OBVIOUS ORLANDO INTERNATIONAL AIRPORT.

8. WHAT I RECOGNIZED IS A VERY SERIOUS CRIMINAL BREACH OF SECURITY, FOR PROMOTION OF FUTURE DISRESPECTFUL ACTS OF TERRORISM. IT IS MOST APPROPRIATE THAT THE AVIATION LAW ENFORCEMENT OF THE BUILDING AND COMMERCIAL FLIGHTS IS IMMEDIATELY NOTIFIED OF THE ABOVE CRIMINAL NEGLIGENCE AND DISRESPECTFUL CRIMINAL BEHAVIOR THAT I PUT UP WITH DUE TO THE CRIMINAL NEGIGENCE OF THE ABOVE LISTED AIRPORTS AND NON IDENTIFIED HOOLIGANS FROM THE ARMORYS.

I am going to attach legal copys of all of my airline tickets of the above situation. Truth of matter is that criminal charges need to be filed in the above situation, demanding immediate legal arrest of behavioral corrections in immediately fixing the management of the above airlines. I am going to notify the appropriate law firms and courts of law, that I expect immediate legal compensation for the above nonsense that I was put through on the property of the Commercial AirPort Buildings.

I expect immediate legal sincere justice for the troubles that I was through due to the 125% fault of the management of the above listed air lines buildings.

Contact:

HONORABLE MICHAEL ARROYO

8

Phone#: 678 878 0730

Email: lordhonormichael1@gmail.com

How dare I be raped and forced to put up with such criminal public weirdos and strangers due to the criminal fault of the above airllines. Make sure that the airlines provide me immediate legal respectable compensation for the troubles that I was put through.

THE ABOVE MESSAGE IS THE TRUTH AND NOTHING BUT THE TRUTH. I WAS PUT THROUGH THE ABOVE DISRESPECTFUL CRIMINAL ASSAULT IN THE STATE OF FLORIDA DUE TO THE CRIMINAL FAULT AND NEGLIGENCE OF THE ABOVE LISTED AIRPORTS. MAY THE RESPECTABLE LAW'S PROVIDE APPROPRIATE JUSTICE AND FAIR PEACE FOR ALL.

This criminal complaint has been written by my respectable human on Friday, the 15th day of March 2019.

Respectably Submitted,

HONORABLE MICHAEL ARROYO

X. [signature]        MARCH 16, 2019