UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL ARROYO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 19-10534-FDS |
| BOSTON LOGAN INTERNATIONAL AIRPORT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

**SAYLOR, J.**

On March 20, 2019, plaintiff Michael Arroyo, a resident of Franklin, Massachusetts, filed a self-prepared complaint against Spirit Airlines and Boston Logan International Airport.

On April 8, 2019, Magistrate Judge Kelley issued an Order and Report and Recommendation in which she granted Arroyo's Motion for Leave to Proceed *in forma pauperis* and recommended that this action be dismissed pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

In lieu of filing an objection, Arroyo filed a Motion for Judgment as a Matter of Law. *See* Docket No. 9. Plaintiff states that his motion "is the obvious legal sollution (sic) in a criminal/civil case such as described." *Id.* at 1. Arroyo's motion, like his complaint, fails to allege a basis for this Court's jurisdiction. Both of Arroyo's pleadings describe several incidents that he experienced while travelling between Massachusetts and Florida; however, the Court cannot discern a basis for the exercise of subject-matter jurisdiction over his claim.

Upon review of the Report and Recommendation of the Magistrate Judge, the Court hereby ADOPTS the recommendation in its entirety.  Accordingly, the complaint is DISMISSED pursuant to Rule 12(h)(3) for lack of subject-matter jurisdiction.  The plaintiff's motion for judgment as a matter of law is DENIED as moot.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  May 28, 2019                                           United States District Judge